# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　**Case No.**
　　　　　　　　　　　　　　　　　　)
　　　　　　**Debtor(s).**　　　　　　)　　**AMENDMENT COVER SHEET**

**This form shall not be used to amend or modify plans.**

**I am amending the following documents:**

- ☐ Petition　　　　　　　　　　　　　　　　　　　☐ Statement of Financial Affairs
- ☐ Creditor Matrix　　　　　　　　　　　　　　　　☐ Statement of Intention
- ☐ List of 20 Largest Unsecured Creditors　　　　　　☐ List of Equity Security Holders
- ☐ Schedules (check appropriate boxes).
  ☐ A/B　☐ C　☐ D　☐ E/F　☐ G　☐ H　☐ I　☐ J
- ☐ Summary of Schedules of Assets and Liabilities

**A fee of $34 is required for:**

- An amendment that adds or deletes creditors;
- An amendment that changes amounts owed to a creditor; or
- An amendment that changes the classification of a debt.

## NOTICE OF AMENDMENT TO AFFECTED PARTIES

　　I certify that I have notified the trustee in the case (if any) that I have filed or intend to file the amended or supplemental document(s) listed above, and that I have notified all parties affected by the amendment, as required by Federal Rule of Bankruptcy Procedure 1009.*

Dated:　　　　　　　　　　　　Attorney's or *Pro Se* Debtor's Signature: _____
　　　　　　　　　　　　　　　　　　　　　　　　　Printed Name: _____

## DECLARATION BY DEBTOR

　　I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of ___ pages, is true and correct.

Dated:　　　　　　　　　　　　　　　　　　　　　　Dated:

_____　　　　　　　　_____
Debtor's Signature　　　　　　　　　　　　　　　　　Joint Debtor's Signature

## INSTRUCTIONS

　　Attach each amended document to this form. If there is a box on the form to indicate that the form is amended or supplemental, check the box. Otherwise, write the word "Amended" or "Supplemental" at the top of the form.

　　If you are amending Schedules A/B, D, E/F, I, or J, you must also file an Amended Summary of Schedules of Assets and Liabilities in order to ensure that the totals are amended for statistical purposes. This form can be found on our website.

- To **add** creditors, write or type an "A" next to the creditors you are adding on any amended schedule you file. Additionally, (or, in the event that you are only amending the creditor matrix) attach a list of all creditors with their addresses in .txt format.
- To **correct** the names or addresses of creditors that appear on any schedule, use our Change of Address Form (EDC 2-085) instead of filing this form, any amended schedule or an amended master address list.
- To **delete** creditors, write or type a "D" next to the creditors you are deleting on any amended schedule you file. Do not submit a .txt file of creditors to be deleted. Only creditors who have not filed a proof of claim in the case will be deleted.

　　*Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment. ***Notice of the amendment will not be given by the Clerk's Office.*** To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any party affected by the amendment by serving the amendment and all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.

　　Cashier's checks and money orders should be made payable to "Clerk, U.S. Bankruptcy Court." No personal checks accepted from non-attorneys. **No cash accepted.** Debit cards accepted in person at our three divisional offices.

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Jason | Dean | Russell |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | Amorette | Marie | Carlucci |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 2024-22406 | | |

☒ Check if this is an amended filing

# Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7     12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
☒ creditors have claims secured by your property, or
☒ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| **Creditor's name:** Discover Home Loans<br><br>**Description of property securing debt:** 810 Pleasant Street Roseville, CA 95678  Placer County | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☒ Retain the property and [explain]:<br>**Pay Pursuant to Contract** | ☐ No<br>☒ Yes |
| **Creditor's name:** Loancare, LLC<br><br>**Description of property securing debt:** 810 Pleasant Street Roseville, CA 95678  Placer County | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☒ Retain the property and [explain]:<br>**Pay Pursuant to Contract** | ☐ No<br>☒ Yes |
| **Creditor's name:** Travis Credit Union<br><br>**Description of property:** 2015 Nissan Pathfinder 115,000 | ☒ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*. | ☒ No<br>☐ Yes |

Debtor 1 **Jason Dean Russell**
Debtor 2 **Amorette Marie Carlucci**     Case number (*if known*) **2024-22406**

property **miles**     ☐ Retain the property and [explain]:
securing debt:

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X **/s/ Jason Dean Russell**     X **/s/ Amorette Marie Carlucci**
**Jason Dean Russell**     **Amorette Marie Carlucci**
Signature of Debtor 1     Signature of Debtor 2

Date **July 30, 2024**     Date **July 30, 2024**